UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 20-cv-61584-RAR

HOWARD COHAN,

    Plaintiff,

vs.

HOLMAN AUTOMOTIVE, INC.,
a Florida Profit Corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN and the Defendant, HOLMAN AUTOMOTIVE, INC. (the Parties), by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    Respectfully submitted this 23rd day of September, 2020.

| */s/ Gregory S. Sconzo* | */s/ Cathy M. Stutin* |
|---|---|
| Gregory S. Sconzo, Esq. | Cathy M. Stutin, Esq. |
| Fla. Bar No. 0105553 | Fla. Bar No. 865011 |
| greg@sconzolawoffice.com | cstutin@fisherphillips.com |
| sconzolaw@gmail.com | Fisher & Phillips LLP |
| Sconzo Law Offices, PA | 450 East Las Olas Boulevard, Suite 800 |
| 3825 PGA Boulevard, Suite 207 | Fort Lauderdale, Florida 33301 |
| Palm Beach Gardens, FL  33410 | Telephone (954) 525-4800 |
| Telephone:  (561) 729-0940 | Facsimile (954) 525-8739 |
| Facsimile:  (561) 491-9459 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |