UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  0:20-cv-61584-RAR

HOWARD COHAN,

    Plaintiff,

vs.

HOLMAN AUTOMOTIVE, INC.,
a Florida Profit Corporation

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant HOLMAN AUTOMOTIVE, INC., a Florida Profit Corporation, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against HOLMAN AUTOMOTIVE, INC., a Florida Profit Corporation.; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED October 20, 2020.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: */s/ Cathy M. Stutin*** |
| Gregory S. Sconzo, Esq. | Cathy M. Stutin, Esquire |
| Florida Bar No.: 0105553 | Fla. Bar No. 865011 |
| Sconzo Law Office, P.A. | cstutin@fisherphillips.com |
| 3825 PGA Boulevard, Suite 207 | Fisher & Phillips LLP |
| Palm Beach Gardens, FL 33410 | 450 East Las Olas Boulevard, Suite 800 |
| Telephone: (561) 729-0940 | Fort Lauderdale, Florida 33301 |
| Facsimile: (561) 491-9459 | Telephone (954) 525-4800 |
| Email: greg@sconzolawoffice.com | Facsimile (954) 525-8739 |
| Secondary Email: alexa@sconzolawoffice.com | *Attorneys for Defendant* |
| Attorney for Plaintiff | |

1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                **/s/ Gregory S. Sconzo**
                                                **Gregory S. Sconzo, Esq.**